UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POLCOM USA, LLC,                                    :

                      Plaintiff,                :

          vs.                                          :

AFFILIATED FM INSURANCE COMPANY   :
and ZURICH AMERICAN INSURANCE
COMPANY,                                            :

                   Defendants.       :
------------------------------------------------------------X
------------------------------------------------------------X
M. A. MORTENSON COMPANY,                    :

                    Plaintiff,                :

         vs.                                          :

ZURICH AMERICAN INSURANCE         :
COMPANY,

                         :
                   Defendant.        :
------------------------------------------------------------X

Case No.: 1:20-cv-9206 (NRB)

Case No.: 1:22-cv-0092 (NRB)

**FED. R. CIV. P. 7.1 AND LOCAL RULE 50.1(C) SUPPLEMENTAL CORPORATE &
INTERESTED PARTIES DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 50.1(c) and to enable Judges and

Magistrates to evaluate possible disqualification or recusal, Plaintiff Polcom USA, LLC submits

the following supplemental disclosure: following a change in ownership, Polcom USA, LLC's

parent corporation is Volumetric Holdings, LP, a private limited partnership organized under the

laws of Delaware. No publicly-held corporation owns ten percent (10%) or more equity interest

in Polcom USA, LLC.  Polcom USA, LLC has no affiliates or subsidiaries that are publicly

traded.

1

DATED:     New York, New York     Respectfully submitted,
               April 19, 2022

/s/ John C. Ertman
John C. Ertman
ERTMAN DULIS & HELISEK PLLC
112 W. 34th Street, 18th Floor
New York, NY 10120
Tel.:  (917) 846-3603
Fax:  (917) 793-9033
John.Ertman@ertmanlaw.com

*Attorneys for Polcom USA, LLC*

2