UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POLCOM USA, LLC,                                          :

            Plaintiff,                               :    Case No.: 1:20-cv-9206 (NRB)

        vs.                                              :

AFFILIATED FM INSURANCE COMPANY   :
and ZURICH AMERICAN INSURANCE
COMPANY,                                                  :

           Defendants.                           :
------------------------------------------------------------X
------------------------------------------------------------X
M. A. MORTENSON COMPANY,                       :

           Plaintiff,                               :
                                                         Case No.: 1:22-cv-0092 (NRB)
        vs.                                              :

ZURICH AMERICAN INSURANCE       :
COMPANY,

           Defendant.                              :
------------------------------------------------------------X

## MOTION TO WITHDRAW COUNSEL OF RECORD AND [PROPOSED] ORDER

      David E. Suchar and Judah A. Druck from the law firm Maslon LLP submit this Motion to Withdraw Counsel of Record and respectfully request that they be withdrawn as counsel of record for plaintiff M.A. Mortenson Company. Rikke Dierssen-Morice will remain as lead counsel on behalf of M.A. Mortenson Company; however, Ms. Dierssen-Morice has left the law firm of Maslon LLP and is now with the law firm of Blank Rome LLP (ECF No. 118).

Dated: June 21, 2023

**MASLON LLP**

*/s/ Judah A. Druck*
David E. Suchar (admitted pro hac vice)
Judah A. Druck (NY #5238894)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
david.suchar@maslon.com
judah.druck@maslon.com

**ATTORNEYS FOR M. A. MORTENSON COMPANY**

Application granted.

**IT IS SO ORDERED**

Dated: New York, New York
       June  22 , 2023

Naomi Reice Buchwald, U.S.D.J.